UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL, | No. 2:20-cv-00641-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| THE UNITED STATES, and the U.S.D.A. DEPARTMENT OF AGRICULTURE, FOREST SERVICE, and Does 1-20, | |
| Defendants. | |

Plaintiff James S. Grill ("Plaintiff"), an individual proceeding *pro se* and *in forma pauperis*, has filed this action to quiet title to a roadway easement. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2020, the magistrate judge filed findings and recommendations herein which were served on the Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

The Court has carefully reviewed the entire file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed October 6, 2020 (ECF No. 4), are ADOPTED IN FULL; and
2. Plaintiff's claim against Defendant United States Department of Agriculture, Forest Service is DISMISSED without leave to amend.

IT IS SO ORDERED.

DATED: January 13, 2021

                                                Troy L. Nunley
                                                United States District Judge