UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:20-cv-00641-TLN-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 16<br><br>DEFENDANT'S REPLY, IF ANY, DUE WITHIN FOURTEEN DAYS |

For good cause shown, ECF No. 17, the court's January 27, 2021 order to show cause, ECF No. 16, is hereby discharged. Defendant may have fourteen days from the date of entry of this order to file a reply, if any, on its pending motion to dismiss, ECF No. 13.

IT IS SO ORDERED.

Dated:   March 2, 2021                                           
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE