# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:20-cv-00641-TLN-JDP (PS)<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>ECF No. 20 |

For good cause shown, defendant's motion for an extension of time to file a reply on the pending motion to dismiss is granted. ECF No. 20. Defendant shall have until March 31, 2021 to file a reply.

IT IS SO ORDERED.

Dated:   March 17, 2021

                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE