UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:20-cv-00641-TLN-JDP (PS)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>ECF No. 28 |

Defendant has filed an unopposed motion for extension of time to respond to plaintiff's objections. ECF No. 28. For good cause shown, defendant's motion is granted. The government may have until October 15, 2021 to respond to plaintiff's objections.

IT IS SO ORDERED.

Dated:    September 27, 2021               _____
                                                                   JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE