1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JAMES GRILL,                              No.  2:20-cv-00641-TLN-JDP

12                      Plaintiff,

13            v.                                  **ORDER**

14      UNITED STATES,

15                      Defendant.

16

17            On September 3, 2021, the magistrate judge filed findings and recommendations herein

18      which were served on the parties and which contained notice that any objections to the findings

19      and recommendations were to be filed within fourteen days.  (ECF No. 25.)  Plaintiff has filed

20      objections to the findings and recommendations.  (ECF Nos. 26, 27.)

21            This Court reviews *de novo* those portions of the proposed findings of fact to which

22      objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

23      *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  As

24      to any portion of the proposed findings of fact to which no objection has been made, the Court

25      assumes its correctness and decides the motions on the applicable law.  *See Orand v. United*

26      *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27      reviewed *de novo*.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

28            The Court has reviewed the applicable legal standards and, good cause appearing,

                                                   1

1   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

2   Accordingly, IT IS ORDERED that:

3       1.  The proposed Findings and Recommendations filed September 3, 2021, (ECF No. 25),

4   are adopted;

5       2.  Defendant's motion to dismiss, (ECF No. 13), is GRANTED;

6       3.  Plaintiff's complaint is dismissed without leave to amend; and

7       4.  The Clerk of Court is directed to close the case.

8   **DATE:  November 29, 2021**

9

10

11

12             Troy L. Nunley
           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28