UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  2:20-cv-0641-TLN-JDP (PS)<br><br>ORDER |

　　　　The Court of Appeals reversed and remanded this court's decision granting defendant's motion to dismiss based on the United States Supreme Court's recent decision in *Wilkins v. United States*, 598 U.S. 152, 165 (2023).  ECF No. 37.  The mandate issued on February 14, 2025, ECF No. 38, and the court assigned this matter to the undersigned on March 28, 2025, ECF No. 39.  In light of the Court of Appeals' decision, defendant is ordered to file a responsive pleading to plaintiff's complaint, filed March 25, 2020.

　　　　Accordingly, it is hereby ORDERED that defendant file a response to plaintiff's complaint, ECF No. 1, within twenty-one days from the date of this order.

IT IS SO ORDERED.

Dated: \_\_May 9, 2025\_\_

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE