ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar. No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Ph: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>          Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 2:20-cv-641-TLN-JDP<br><br>**STIPULATION TO STAY PROCEEDINGS** |

    The parties respectfully move to stay proceedings in this case for a period of 30 days. This request is made for good cause as follows:

    1.    Plaintiff, proceeding *pro se*, filed a Complaint to Quiet Title to an Easement to Real Property on April 1, 2020. ECF No. 1. Defendant moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. *See* Defs.' Mem. in Supp. of Mot. to Dismiss the Complaint. ECF No. 10.

    2.    Adopting the findings and recommendations of the magistrate judge (ECF No. 25), this Court dismissed the complaint on November 30, 2021. ECF No. 32.

3. The Court of Appeals reversed and remanded this Court's decision granting Defendant's motion to dismiss based on the United States Supreme Court's subsequent decision in *Wilkins v. United States*, 598 U.S. 152, 165 (2023). ECF No. 37. The mandate issued on February 14, 2025. ECF No. 38.

4. This Court has ordered Defendant to file a response to Plaintiff's complaint by May 30, 2025. *See* ECF No. 40.

5. The parties have conferred and agree that it could be advantageous to explore whether it is possible to resolve this case outside of court. The parties have thus decided to initiate discussions during the week May 27 – May 30, and could potentially continue those discussions.

6. To allow them to focus their efforts on potential resolution of the claims, the parties stipulate and agree that a stay of proceedings for a period of 30 days would be appropriate to allow them to explore potential resolution of the claims.

7. If the claims are not otherwise resolved within 30 days of the Court's order adopting this stipulation, the parties shall submit a joint status report with a proposed deadline for Defendant to file a response to Plaintiff's complaint.

For all the foregoing reasons, the parties respectfully request that the Court enter a stay for a period of 30 days to allow them to discussion potential resolution of the claims in this case.

Dated: May 27, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*James S. Grill (by SCD w/ permission)*
James S. Grill
P.O. Box 129
Washington, CA 95986

*pro se Plaintiff*

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0445
sean.c.duffy@usdoj.gov
*Attorneys for Defendant*

STIPULATION TO STAY PROCEEDINGS        2

1  Pursuant to the above stipulation and for good cause, the Court hereby stays this case for
2  30 days. If the claims are not otherwise resolved within 30 of the Court's order adopting this
3  stipulation, the parties shall submit a joint status report with a proposed deadline for Defendant
4  to file a response to Plaintiff's complaint.

6  IT IS SO ORDERED.

8  Dated:   May 28, 2025                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, forwarded the foregoing via email to Plaintiff, and mailed the foregoing via U.S. Mail to Plaintiff at the following mailing address:

James S. Grill
P.O. Box 129
Washington, CA 95986

>*/s/ Sean C. Duffy*
> SEAN C. DUFFY
>
> *Attorney for Defendant*