UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRILL,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>            Defendant. | Case No. 2:20-cv-0641-TLN-JDP<br><br>ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |

This case, in which plaintiff was proceeding without counsel, was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 6, 2025, attorneys Jeffrey McCoy and Damien Schiff substituted in as counsel of record for plaintiff. ECF Nos. 43 & 44.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

1

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

IT IS SO ORDERED.

Dated:   June 9, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2