ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar. No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Ph: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES S. GRILL,<br><br>              Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | No. 2:20-cv-641-TLN-JDP<br><br>**UNOPPOSED MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS; ORDER** |

The United States of America hereby moves for a stay, including of all pending deadlines, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for most other Executive agencies, including the Department of Agriculture. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case, including all pending deadlines, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has does not oppose any extension of current deadlines.

Therefore, although we greatly regret any disruption caused to the Court and Plaintiffs, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 14, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-7291
sean.c.duffy@usdoj.gov
*Attorneys for Defendant*

Pursuant to the above unopposed motion and for good cause shown, the Court hereby stays this case. All current deadlines for the parties are extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations. Counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

**IT IS SO ORDERED.**

Dated: October 14, 2025

_____
Troy L. Nunley
Chief United States District Judge