ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar. No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Ph: (202) 598-7291
sean.c.duffy@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES S. GRILL, | No. 2:20-cv-641-TLN-JDP |
| Plaintiff, | **NOTICE OF RESTORATION OF APPROPRIATIONS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Pursuant to the Court's September 9, 2025 Order (Dkt. No. 49), this case was stayed 60 days (i.e. until November 8, 2025) to allow the parties to continue discussion of potential resolution of the claims in this case. And if the claims were not otherwise resolved by that time, the parties were ordered to submit a joint status report with a proposed deadline for Defendants to file a response to Plaintiff's complaint.

    Pursuant to the Court's October 15, 2025 Order (Dkt. No. 51), all current deadlines for the parties are extended commensurate with the lapse in appropriations that began on October 1, 2025. Defendants hereby provide notice that in the evening on November 12, 2025, funding for the Department of Justice and other executive agencies was restored, ending the lapse in appropriations. The duration of the lapse in appropriations was 43 days, thus extending the stay

1

to discuss potential resolution of this case to December 22, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C) (extending deadlines that fall on Sunday to the following Monday).

Dated: November 14, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-7291
sean.c.duffy@usdoj.gov
*Attorneys for Defendant*