ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SEAN C. DUFFY (NY Bar. No. 4103131)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Ph: (202) 598-7291
sean.c.duffy@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>   Plaintiff,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 2:20-cv-641-TLN-JDP<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

  The parties respectfully move to stay proceedings in this case for a period of 90 days to allow them to continue to discuss potential resolution of this case outside of these proceedings. This request is made for good cause as follows:

  1. Plaintiff filed a Complaint to Quiet Title to an Easement to Real Property on April 1, 2020. Dkt. No. 1. Defendant moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. *See* Defs.' Mem. in Supp. of Mot. to Dismiss the Complaint. Dkt. No. 10.

  2. Adopting the findings and recommendations of the magistrate judge (Dkt. No. 25), this Court dismissed the complaint on November 30, 2021. Dkt. No. 32.

3. The Court of Appeals reversed and remanded this Court's decision granting Defendant's motion to dismiss based on the United States Supreme Court's subsequent decision in *Wilkins v. United States*, 598 U.S. 152, 165 (2023). Dkt. No. 37. The mandate issued on February 14, 2025. Dkt. No. 38.

4. This Court ordered Defendant to file a response to Plaintiff's complaint by May 30, 2025. *See* Dkt. No. 40.

5. In May 2025, Defendant and Plaintiff, who was then proceeding *pro se*, conferred and agreed that it could be advantageous to explore whether it is possible to resolve this case outside of court and agreed, with the Court's consent, to stay proceedings for a period of 30 days. Dkt. Nos. 41, 42.

6. Plaintiff subsequently retained counsel in this case. *See* Dkt. Nos. 43, 44. Counsel for the parties conferred and agreed, with the Court's consent, to stay proceedings for an additional period of 60 days to allow them to explore potential resolution of the claims, (Dkt. Nos. 48, 49), which was extended an additional 43 days, until December 22, 2025, due to the lapse in government appropriations. Dkt. Nos. 51, 52).

7. After the ending of the lapse in appropriations, on December 2, 2025, the parties conferred via videoconference on potential settlement and identified documents that will need to be located, exchanged, and reviewed in furtherance of those discussions. The parties are currently locating the relevant documents and intend to exchange them.

8. If the claims are not otherwise resolved within 90 days of the Court's order adopting this stipulation, the parties shall submit a joint status report with a proposed deadline for Defendant to file a response to Plaintiff's complaint.

For all the foregoing reasons, the parties respectfully request that the Court enter a stay for a period of 90 days to allow them to discuss potential resolution of the claims in this case.

| | |
|---|---|
| Dated: December 22, 2025 | ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>*/s/ Sean C. Duffy*<br>SEAN C. DUFFY<br>Trial Attorney (NY Bar No. 4103131)<br>Natural Resources Section<br>150 M Street NE<br>Washington, DC 20002<br>(202) 598-7291<br>sean.c.duffy@usdoj.gov<br>*Attorneys for Defendant*<br><br>*/s/ Jeffrey W. McCoy*<br>JEFFREY W. McCOY (Cal. Bar 317377)<br><br>PACIFIC LEGAL FOUNDATION<br>1745 Shea Center Drive, Suite 400<br>Highlands Ranch, CO 80129<br>(916) 419-7111<br>jmccoy@pacificlegal.org<br>*Attorney for Plaintiff* |

Pursuant to the above stipulation and for good cause shown, the Court hereby stays this case for 90 days. If the claims are not otherwise resolved within 90 days of the Court's order adopting this stipulation, the parties shall submit a joint status report with a proposed deadline for Defendant to file a response to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____
Troy L. Nunley
Chief United States District Judge