Jeffrey W. McCoy (Cal. Bar 317377)
PACIFIC LEGAL FOUNDATION
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
(916) 419-7111
jmccoy@pacificlegal.org

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | No. 2:20-cv-641-TLN-JDP<br><br>**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER** |

On December 22, 2025, this Court entered an order staying proceedings for 90 days and ordering that, after the stay expires, the parties shall submit a joint status report with a proposed deadline for Defendant to file a response to Plaintiff's complaint. The parties have made progress in settlement negotiations but have agreed to set deadlines to amend the complaint and file a response to the complaint.

Plaintiff believes that it is necessary to amend the complaint because Plaintiff filed the complaint *pro se* and counsel for Plaintiff needs to make necessary changes to the complaint, including amending the parties because the property at issue is owned by Sisters of St. Patrick of California, LLC—a Nevada Company managed by Mr. Grill—rather than Mr. Grill in his individual capacity. Defendant does not oppose the request to file an amended complaint, but reserves the right to file a motion to dismiss the complaint.

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

For the foregoing reasons, the parties respectfully propose the following dates for the amending of the complaint and filing of a responsive pleading: Plaintiff will submit the First Amended Complaint on or before April 13, 2026, and Defendant will file its responsive pleading to the First Amended Complaint on or before June 12, 2026. The parties will continue to settlement negotiations during this time. If Defendant files an answer to the complaint, then the parties will submit a joint status report within fourteen days after the filing of the Answer with a proposed date for a Rule 16(b) scheduling order.

Dated: March 20, 2026.

/s/ Jeffrey W. McCoy
Jeffrey W. McCoy (Cal. Bar 317377)
PACIFIC LEGAL FOUNDATION
1745 Shea Center dr., suite 400
Highlands Ranch, CO 80129
(916) 419-7111
jmccoy@pacificlegal.org
Attorney for Plaintiff

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Sean C. Duffy
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0445
sean.c.duffy@usdoj.gov
Attorneys for Defendant

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

Pursuant to the above Proposed Scheduling Order and for good cause, the Court hereby orders that Plaintiff submit the First Amended Complaint on or before April 13, 2026, and Defendant file its responsive pleading to the First Amended Complaint on or before June 12, 2026. If Defendant files an answer to the complaint, then the parties will submit a joint status report within fourteen days after the filing of the Answer with a proposed date for a Rule 16(b) scheduling order.

**IT IS SO ORDERED.**

Dated, _____          _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**