Jeffrey W. McCoy (Cal. Bar 317377)
PACIFIC LEGAL FOUNDATION
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
(916) 419-7111
jmccoy@pacificlegal.org

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. GRILL,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | No. 2:20-cv-641-TLN-JDP<br><br>**JOINT STATUS REPORT AND SCHEDULING ORDER** |

On December 22, 2025, this Court entered an order staying proceedings for 90 days and ordering that, after the stay expires, the parties shall submit a joint status report with a proposed deadline for Defendant to file a response to Plaintiff's complaint. The parties have made progress in settlement negotiations but have agreed to set deadlines to amend the complaint and file a response to the complaint.

Plaintiff believes that it is necessary to amend the complaint because Plaintiff filed the complaint *pro se* and counsel for Plaintiff needs to make necessary changes to the complaint, including amending the parties because the property at issue is owned by Sisters of St. Patrick of California, LLC—a Nevada Company managed by Mr. Grill—rather than Mr. Grill in his individual capacity. Defendant does not oppose the request to file an amended complaint, but reserves the right to file a motion to dismiss the complaint.

**JOINT STATUS REPORT AND SCHEDULING ORDER**

1

For the foregoing reasons, the parties respectfully propose the following dates for the amending of the complaint and filing of a responsive pleading: Plaintiff will submit the First Amended Complaint on or before April 13, 2026, and Defendant will file its responsive pleading to the First Amended Complaint on or before June 12, 2026. The parties will continue to settlement negotiations during this time. If Defendant files an answer to the complaint, then the parties will submit a joint status report within fourteen days after the filing of the Answer with a proposed date for a Rule 16(b) scheduling order.

Dated: March 20, 2026.

*/s/ Jeffrey W. McCoy*
Jeffrey W. McCoy (Cal. Bar 317377)
PACIFIC LEGAL FOUNDATION
1745 Shea Center dr., suite 400
Highlands Ranch, CO 80129
(916) 419-7111
jmccoy@pacificlegal.org
*Attorney for Plaintiff*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0445
sean.c.duffy@usdoj.gov
*Attorneys for Defendant*

**JOINT STATUS REPORT AND SCHEDULING ORDER**

Pursuant to the above Proposed Scheduling Order and for good cause, the Court hereby **ORDERS** that Plaintiff submit the First Amended Complaint on or before April 13, 2026, and Defendant file its responsive pleading to the First Amended Complaint on or before June 12, 2026. If Defendant files an answer to the complaint, then the parties will submit a joint status report within fourteen days after the filing of the Answer with a proposed date for a Rule 16(b) scheduling order.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
Troy L. Nunley
Chief United States District Judge

**JOINT STATUS REPORT AND SCHEDULING ORDER**

3